UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CORNELIUS FERNAL HEAD,                    **INDICTMENT**
    a/k/a "Lil Man,"

    Defendant.
_____/

The Grand Jury charges:

### COUNT 1
(Possession with Intent to Distribute Controlled Substances)

On or about November 16, 2022, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

CORNELIUS FERNAL HEAD, a/k/a "Lil Man,"

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vi)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Possession of a Machinegun)

Beginning on or about September 23, 2022 and continuing through on or about November 16, 2022, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

CORNELIUS FERNAL HEAD, a/k/a "Lil Man,"

knowingly possessed a loaded Glock Model 45 9 mm pistol, serial number BSBD523, with a red machinegun conversion device installed, knowing it was designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)(24)
26 U.S.C. § 5845(b)

## COUNT 3
(Felon in Possession of Firearm)

Beginning on or about September 23, 2022 and continuing through on or about November 16, 2022, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

CORNELIUS FERNAL HEAD, a/k/a "Lil Man,"

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Glock Model 45 9 mm pistol, serial number BSBD523, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

## FORFEITURE ALLEGATION
(Possession of a Machinegun and Felon in Possession of a Firearm)

The allegations contained in Counts 2 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(o) or 18 U.S.C. § 922(g)(1), set forth in Counts 2 and 3 of this Indictment, respectively, defendant,

CORNELIUS FERNAL HEAD, a/k/a "Lil Man,"

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, a Glock Model 45 9 mm pistol, serial number BSBD523, with a red machinegun conversion device installed, and the associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(o)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
VITO S. SOLITRO
Assistant United States Attorney